**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK ARHEBAMEN,

        Plaintiff,                      Case Number: 2:11-CV-13513

v.                                         HONORABLE ARTHUR J. TARNOW

ST. CLAIR COUNTY JAIL, ET AL.,

        Defendants.
_____/

## ORDER DENYING PETITIONER'S "URGENT MOTION FOR INJUNCTIVE RELIEF"

Plaintiff Mark Arhebamen has filed a *pro se* civil rights complaint in which he complains that he was deprived of a vegan diet while incarcerated at the St. Clair County Jail. He alleges that his religion-based vegan diet prevented him from eating a large portion of the food he was served while incarcerated at the jail. He moves for injunctive relief compelling the defendants to feed him in accordance with his vegan diet.

Plaintiff, a federal prisoner, was incarcerated at the St. Clair County Jail from July 22, 2011 through August 12, 2011.[1] The Federal Bureau of Prisons maintains an Inmate Locator Service, which may be accessed through the Bureau of Prisons' official website (www.bop.gov). The Inmate Locator Service enables the public to track the location of federal inmates. The Court is permitted to take judicial notice of information on the Inmate Locator Service. *See* Fed. R. Evid. 201(c); *Marshek v. Eichenlaub*, No. 07-1246, 2008 WL 227333, *1 (6th Cir. January

---

[1] Plaintiff states that he is serving a term of imprisonment at the Federal Medical Center in Rochester, Minnesota. He was transferred to the St. Clair County Jail for a resentencing hearing in state court.

25, 2008). The Inmate Locator Service indicates that Petitioner was released from custody on August 17, 2011.

A prisoner's claim for injunctive and declaratory relief is mooted by the prisoner's transfer to a new facility, or, as in this case, his release from custody. *Cardinal v. Metrish,* 564 F.3d 794, 798-99 (6th Cir. 2009). Accordingly, Plaintiff's "Urgent Motion for Injunctive Relief" [dkt. # 3] is DENIED AS MOOT.


        S/Arthur J. Tarnow
        Arthur J. Tarnow
        Senior United States District Judge

Dated: August 23, 2011

I hereby certify that a copy of the foregoing document was served upon Plaintiff at his last known address: St. Clair County Jail, 1170 Michigan Road, Port Huron, MI 48060 on August 23, 2011, by ordinary mail.

        S/Catherine A. Pickles
        Judicial Secretary